UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SOUND AROUND INC., d/b/a
PYLE AUDIO CORP.,

                        Plaintiff,

              - against -

AUDIOBAHN, INC. and
NASSER ABO ABDO,

                        Defendants.
-----------------------------------------------------------X

**ORDER**

07 CV 773 (RJD) (CLP)

DEARIE, Chief Judge.

       On September 18, 2008, Magistrate Judge Cheryl Pollak recommended that the Court grant defendants' motion to dismiss for lack of personal jurisdiction. Objections to this Report & Recommendation were due on October 6, 2008. No objections have been filed.

       The Court therefore adopts Magistrate Judge Pollak's Report & Recommendation in its entirety, and dismisses plaintiff's claim.

SO ORDERED.

Dated: Brooklyn, New York
       November 19, 2008

                                                 s/ Judge Raymond J. Dearie
                                                 RAYMOND J. DEARIE
                                                 United States District Judge